```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| LIONEL M. GARRETT,          Plaintiff,     v.  CAMDEN COUNTY JAIL,          Defendant. | Civil Action No. 16-6138 (JBS-AMD)  **MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

Plaintiff Lionel M. Garrett seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiff did not complete the application and left several pages blank. Plaintiff must fully complete the financial information portion of the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application, or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

| | |
|---|---|
| **October 19, 2016** Date | **s/ Jerome B. Simandle** JEROME B. SIMANDLE Chief U.S. District Judge |